IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Shadd, Andrea L

Printed: 1/29/08

Case Number: 07 B 14340
Judge: Squires, John H
Filed: 8/9/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 19, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 900.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 851.40 |
| Trustee Fee: |  | 48.60 |
| Other Funds: |  | 0.00 |
| Totals: | 900.00 | 900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,943.00 | 851.40 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Citibank | Secured | 0.00 | 0.00 |
| 4. | Citibank | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 1,200.00 | 0.00 |
| 6. | Wilshire Credit Corp | Secured | 4,256.57 | 0.00 |
| 7. | U.S. Department Of Education | Unsecured | 0.00 | 0.00 |
| 8. | Aspire Visa | Unsecured | 56.31 | 0.00 |
| 9. | Nicor Gas | Unsecured | 79.91 | 0.00 |
| 10. | First National Credit Card | Unsecured |  | No Claim Filed |
| 11. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 12. | Credit Protection Association | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 8,535.79 | $ 851.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 48.60 |
|  | _____ |
|  | $ 48.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Shadd, Andrea L | Case Number:  07 B 14340 |
| | Judge:  Squires, John H |
| Printed:  1/29/08 | Filed:  8/9/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                            Marilyn O. Marshall, Trustee, by:

                                            _____